UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NASUSHON TAYLOR,<br><br>                    Plaintiff,<br><br>          vs.<br><br>CITY OF SEATTLE, a municipal corporation, KHRISTOPHER SHEN, a City of Seattle Police Officer, LAUREN SELBY, a City of Seattle Police Officer, and RICHARD FLOS, a City of Seattle Police Officer,<br><br>                    Defendants. | No.    2:22-cv-00348<br><br>KING COUNTY SUPERIOR COURT CAUSE NO. 22-2-02819-0 SEA<br><br>NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a) |

TO:   THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

Defendants City of Seattle, Khristopher Shen, Lauren Selby, and Richard Flos (collectively, City Defendants) hereby give notice that they are removing the above-referenced case to the United States District Court for the Western District of Washington on the grounds set forth below.

I.      **SUMMARY OF STATE COURT PROCEEDINGS**

This case was originally filed by Plaintiff in the Superior Court of King County, Washington,

NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a)
(2:22-cv-00348) - 1

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

on February 25, 2022. A copy of the Complaint is attached hereto as Exhibit A. Defendant City of Seattle was served with the Complaint on February 14, 2022. At the time of this Notice of Removal, the remaining defendants have not been served.

1. The City Defendants are filling, concurrently with this Notice of Removal, a Verification of State Records that complies with Local Rules W.D. Wash LCR 101(c). The Verification of State Records summarizes all the court proceedings as of today.

2. After filing this Notice of Removal, City Defendants will give notice to the King County Superior Court of the removal of this action.

## II. GROUNDS FOR REMOVAL

3. In the Complaint Plaintiff alleges, among other things, that the City Defendants failed to comply with the Fourth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983. Exhibit A, Complaint for Damages, ¶ 5.1.

4. This Court has original jurisdiction over Plaintiff's claims invoking the Fourth and Fourteenth Amendments to the United States Constitution and the United States Code because they are claims arising under the "Constitution, laws, or treaties of the United States" within the meaning of 28 U.S.C. § 1331. Accordingly, this action is subject to removal to "the district Court of the United States for the district and division embracing the place where [the] action is pending." 28 U.S.C. § 1441(a). Pursuant to Local Rules W.D. Wash LCR 3(a)(1) the City Defendants are removing this case to the Western District of Washington, Seattle Division, because the claim arose in King County.

5. In addition to the federal claims pled by Plaintiff, Plaintiff's Complaint also alleges common law tort claims. Upon information and belief, any such claims would be so related to Plaintiffs' claims invoking the U.S. Constitution and Code that they form part

NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a)
(2:22-cv-00348) - 2

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

of the same case or controversy, and are, consequently, within this Court's supplemental jurisdiction. 28 U.S.C. § 1367(a).

6. The removal of this action is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is filed within thirty (30) days after February 25, 2022, which is the date the City was served with the Summons and Complaint in this action.

For the reasons stated above, the City Defendants hereby give notice that the civil action in King County Superior Court, State of Washington has been removed from that Court to the United States District Court for the Western District of Washington at Seattle.

DATED this 24th day of March, 2022.

                ANN DAVISON
                Seattle City Attorney

By:   /s/Jessica Leiser
       Jessica Leiser, WSBA# 49349
       Assistant City Attorney
       E-mail: Jessica.Leiser@seattle.gov

       Seattle City Attorney's Office
       701 Fifth Avenue, Suite 2050
       Seattle, WA 98104
       Phone: (206) 684-8200

*Attorney for Defendant City of Seattle, Khristopher Shen, Lauren Selby and Richard Flos*

NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a)
(2:22-cv-00348) - 3

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the State of Washington, that on this date, I electronically filed the foregoing document with the Clerk of the Court using the ECR E-filing system, and caused a true and correct copy to be served on the following persons in the manner(s) indicated.

| Jennifer Cannon-Unione, WSBA# 27008<br>Dixon & Cannon, Ltd<br>601 Union Street, Suite 3230<br>Seattle, WA 98101<br>(206) 957-2247<br><br>[Attorney for Plaintiff] | (X)  Via Email<br><br>jennifer@dixoncannon.com |
|---|---|

Dated this 24th day of March, 2022, at Seattle, Washington

        s/ Keton Handy
        Keton Handy, Legal Assistant

NOTICE OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. § 1441(a)
(2:22-cv-00348) - 4

**Ann Davison**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200